**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7437**

---

ERNEST WILLIAMS,

Petitioner - Appellant,

versus

LAURIE BESSINGER, Warden; CHARLES M. CONDON,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia. David C. Norton, District Judge. (CA-95-1688-3-18BC)

---

Submitted: June 16, 1998          Decided: July 22, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Ernest Williams, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ernest Williams, a South Carolina inmate, seeks to appeal the district court's order granting summary judgment in favor of Respondents in his petition filed pursuant to 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998)). The district court also denied Williams's motions seeking appointment of counsel and an enlargement of time. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Because Williams failed to make a substantial showing of the denial of a federal right, we deny a certificate of probable cause and dismiss this appeal. See Lindh v. Murphy, 521 U.S. ___, 65 U.S.L.W. 4557 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED